(77 South. 166)

FIRE ASS'N OF PHILADELPHIA v. WILLIAMS. (8 Div. 942.)

(Supreme Court of Alabama. Nov. 15, 1917.)

Appeal from Law and Equity Court, Morgan County; Thomas W. Wert, Judge.

Action by P. W. Williams against the Fire Association of Philadelphia. From judgment for plaintiff, defendant appeals. Reversed and remanded.

Steiner, Crum & Weil, of Montgomery, and Callahan & Harris, of Decatur, for appellant. Deedmeyer & Birch, of Birmingham, E. W. Godbey, of Decatur, and John R. Sample and Porter M. Brindley, both of Hartsells, for appellee.

THOMAS, J. This case was tried at the same time as No. 944, Insurance Co. of North America v. P. W. Williams. 77 South. 159,[1] and upon the same issues and the same testimony. The assignments of error are the same. For the reasons assigned in the opinion in case No. 944, the judgment of the Morgan law and equity

[1] Ante, p. 681.

court in the instant case is reversed, and the cause is remanded.

Reversed and remanded.

ANDERSON, C. J., and MAYFIELD and SOMERVILLE, JJ., concur.